UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VALERIE S. BLANKENSHIP, Administrator
of the ESTATE OF DIANA HATT,

    Plaintiff,

vs.

DOLLAR TREE STORES, INC., *et al*.,

    Defendants.

Case No. 3:19-cv-38

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER

The discovery phase of this case has ended. No discovery motion or other matter referred to the undersigned Judicial Officer remains pending. The Clerk of Courts is directed to note in the record that: (1) referral of this case to the undersigned Judicial Officer has expired; and (2) no motion or other matter in this case remains pending before the undersigned Judicial Officer.

**IT IS SO ORDERED.**

Date: January 31, 2020

s/ Michael J. Newman
Michael J. Newman
United States Magistrate Judge